OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M          $ 00.26⁵
0004279596     JAN 22 2015
MAILED FROM ZIPCODE 78701

1/21/2015

MORGAN, TEDRICK DEWAYNE  Tr. Ct. No. W-24033-B-1     WR-82,556-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

No Longer here

TEDRICK DEWAYNE MORGAN
RANDALL COUNTY CORRECTIONAL CENTER
100 S. GEORGIA
AMARILLO, TX 79118

IEBN3B 79118